United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ERIK RODEMIRO MAZARIEGOS-LOPEZ, §
§
§
   Petitioner, §     CIVIL ACTION NO. H-26-2349
§
vs. §
§
WARDEN, Joe Corley Processing §
Center, *et al.*, §
§
   Respondents. §

**ORDER**

The respondents have filed a motion for an extension of time to respond to the petitioner's

habeas petition.  The motion, Docket Entry No. 6, is **granted**.  The government's response is due

by May 20, 2026.

SIGNED on May 15, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge